**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PHYLLIS JONES,

             Plaintiff,

vs.                                        CASE NO. 6:07-CV-556-ORL-19KRS

GALIANO CAREER ACADEMY, INC.,

             Defendant.

_____

ORDER

      This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 26, filed November 8, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

      **ORDERED** that the Report and Recommendation (Doc. No. 26) is **ADOPTED and AFFIRMED.** The Joint Notice of Settlement and Stipulation of Dismissal (Doc. No. 22, filed October 31, 2007) is **GRANTED.** The Settlement Agreement is hereby **APPROVED**, except for the confidentiality provision, as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE**, pursuant to the agreement of the parties**.** The Clerk of the Court is directed to close this file.

      **DONE AND ORDERED** at Orlando, Florida, this    29th    day of November, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record